UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LLOYD T. SCHUENKE,
    Petitioner,

v.                                               Case No. 18-C-0152

JENNIFER KOSTRZEWA, Parole
Agent, Division of Community
Corrections,
    Respondent.

---

## ORDER

Lloyd T. Schuenke filed a petition for a writ of habeas corpus. He also filed a motion to proceed without prepaying the filing fee. However, the filing fee for a petition for a writ of habeas corpus is only $5.00. Moreover, Schuenke's motion for leave to proceed without prepaying the filing fee does not comply with 28 U.S.C. § 1915(a)(1), in that it is not supported by an affidavit that includes a statement of all assets he possesses. For these reasons, Schuenke's motion for leave to proceed without prepaying the filing fee is **DENIED**. Schuenke shall pay the $5.00 filing fee to the Clerk of Court on or before **March 27, 2018**. If the filing fee is not received by that date, I will enter an order dismissing this case without prejudice for failure to pay the filing fee.

**SO ORDERED** at Milwaukee, Wisconsin, this 12th day of March, 2018.

                                                      s/Lynn Adelman_____
                                                      LYNN ADELMAN
                                                      United States District Judge